No. 84–619.   MCLAUGHLIN *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 84–642.   KNEZEVICH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–655.   HANNA *v.* RAILROAD RETIREMENT BOARD. C. A. 3d Cir.   .Certiorari denied.

No. 84–660.   CALERO ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–5008.   LEAHEY *v.* HANRAHAN ET AL.   C. A. 1st Cir. Certiorari denied.

No. 84–5018.   SOLINA *v.* UNITED STATES; and
No. 84–5214.   BRUSCINO *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   Reported below: 733 F. 2d 1208.

No. 84–5036.   BOONE *v.* VALENTI, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 84–5051.   HOWELL *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 84–5054.   RODRIGUEZ *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–5074.   LENTZ *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–5132.   MITCHELL *v.* UNITED STATES; and
No. 84–5133.   MITCHELL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Reported below: 733 F. 2d 327.

No. 84–5164.   BRENDER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5227.   HOFFMAN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5297.   DAVIS *v.* FULCOMER ET AL.   C. A. 3d Cir. Certiorari denied.